PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:08CR00115-01** |
| ) | |
| **PEDRO DUENAS** ) | |
| ) | |

On February 22, 2010, the above-named was placed on Supervised Release for a period of 3 years.  Mr. Duenas has complied with the rules and regulations of supervision. On September 12, 2012, Assistant United States Attorney Kimberly Sanchez submitted documentation to the United States Probation Office offering no objection for early termination in this case. Accordingly, it is recommended that he be discharged from supervision.

Respectfully submitted,

**Jose Pulido
Senior United States Probation Officer**

Dated:    October 18, 2012
             Fresno, California
             JP/vc

**REVIEWED BY:** _____
                        **HUBERT J. ALVAREZ
                        Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   DUENAS, Pedro**
      **Docket Number:   1:08CR00115-01**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from Supervised Release, and that the proceedings in the case be terminated.

|  |  |
|---|---|
| 10/25/2012 | /s/ Anthony W. Ishii |
| **Date** | **Anthony W. Ishii** |
|  | **United States District Judge** |

Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office